

EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TERESA SHIRK,** | CIVIL ACTION NO.: 1:18-CV-00554 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| **VISTA SPRINGS SERVICES LLC,** et al., | |
| Defendants. | |

## ORDER APPROVING SETTLEMENT AND
## DISMISSAL OF ACTION WITH PREJUDICE

Before the Court is the Parties' JOINT MOTION FOR APPROVAL OF SETTLEMENT ("Joint Motion"). Having reviewed the Joint Motion, the Parties' Wage Claims Release Agreement ("Agreement"), and the Declaration of Brad Levine, it appears to the Court that the Agreement is fair and reasonable, and that it satisfies all of the criteria for this Court's approval under the Fair Labor Standards Act. Accordingly, it is hereby **ORDERED** as follows:

1. The Court approves the Agreement and directs the Parties to effectuate the settlement of this action pursuant to its terms; and

2. This Action is hereby **DISMISSED** with prejudice. Each Party to bear its/her own costs.

**IT IS SO ORDERED**.

Date:  7/20/18

 *s/  James S. Gwin*
 James S. Gwin
 United States District Judge